# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CURTIS TYRONE THOMAS, JR.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-3230 |
| | : | |
| **KYRA COOPER,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this **29th** day of **September 2023**, upon consideration of Curtis Tyrone Thomas Jr.'s Motion to Amend (ECF No. 8), it is **ORDERED** that:

1. The Motion is **GRANTED** to the extent it asks the Court to treat the filing as Thomas's Amended Complaint in this matter.

2. The Motion, construed as an Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, J.**